AO 106 (Rev. 04/010) Application for Search Warrant    AUTHORIZED AND APPROVED/DATE:    AG 11-20-2025

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF OKLAHOMA

In the Matter of the Search of: )
EVENT DATA RECORDER (EDR) from )   Case No: MJ-25-657-SM
black 2012 Nissan Altima, license plate )
LPM051, VIN 1N4AL2AP5CN402547 )

## APPLICATION FOR SEARCH WARRANT

I, a federal law enforcement officer or attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:
See Attachment A, which is attached and incorporated by reference.

Located in the Western District of Oklahoma, there is now concealed:
See Attachment B, which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim.P.41(c) is(*check one or more*):
☒ evidence of the crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1112 & 1153 | Involuntary Manslaughter in Indian Country |

The application is based on these facts:

See attached Affidavit of Special Agent Robert Chowthi, Federal Bureau of Investigation, which is incorporated by reference herein.

☐ Continued on the attached sheet(s).
☐ Delayed notice of [No. of Days] days *(give exact ending date if more than 30 days)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet(s).

*Applicant's signature*

Robert Chowthi
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: NOV. 24, 2025

*Judge's signature*

City and State: Oklahoma City, Oklahoma    SUZANNE MITCHELL, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Robert Chowthi, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application for a warrant under Federal Rules of Criminal Procedure 41 for a warrant to search the event data recorder ("EDR") of a black 2012 Nissan Altima, bearing Oklahoma license plate LPM051 and Vehicle Identification number 1N4AL2AP5CN402547, that is being stored at the Oklahoma Highway Patrol Traffic Homicide Unit Office located at 3600 North Martin Luther King Boulevard, Oklahoma City, Oklahoma, which is within boundaries of the Western District of Oklahoma. The property to be searched is described further in Attachment A, and the property to be seized is described in Attachment B.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2017. I am currently assigned to the Oklahoma City Field Office, Ardmore Resident Agency to investigate crimes occurring in Indian country, to include violent crimes such as homicides. Prior to being employed by the FBI as a Special Agent, I served as a Sergeant in the United States Marine Corps and was later employed by Bank of America as a Global Financial Crimes Auditor, where I ensured that processes and controls were in place to prevent fraud and money laundering.

3. I am a "Federal law enforcement officer" pursuant to Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am authorized by law to conduct investigations of violent crimes in Indian country, including Involuntary Manslaughter in Indian Country, in violation of 18 U.S.C. §§ 1112 and 1153. I am also an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

4. I am familiar with the facts and circumstances of this investigation. The facts set forth in this affidavit are based on my knowledge obtained from other law enforcement officials, review of video evidence and information related to this investigation, and a review of open-source information including information available on the Internet. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all the relevant facts known to law enforcement officers.

5. The collision referenced in this affidavit involved three vehicles:

   a. a white 2021 Freightliner, bearing Illinois license plate P1281352 and Vehicle Identification Number 3AKJHHDRXMSLL5966 (the "Freightliner");

   b. a red 2025 Chevrolet Trax, bearing Choctaw Nation of Oklahoma license plate 51804CH and Vehicle Identification Number KL77LHEP8SC204084 (the "Chevrolet"); and

   c. a black 2012 Nissan Altima, bearing Oklahoma license plate LPM051 and Vehicle Identification Number 1N4AL2AP5CN402547 (the "TARGET VEHICLE").

6. The subject of this investigation is the driver of the Chevrolet, Kyra Elizabeth Shelton ("Shelton"), who was an enrolled member of the Choctaw Nation, a federally recognized tribe, and possessed some quantum of Indian blood at the time of the collision.

7. 47 O.S. § 11-305 is titled Limitations on Overtaking on the Left and requires that any vehicle being driven left of center attempting to pass another vehicle may only do so if "such left side is clearly visible and is free of oncoming traffic for a sufficient distance ahead to permit such overtaking and passing to be completely made without interfering with the safe operation of any vehicle approaching from the opposite direction or any vehicle overtaken."

8. I submit that there is probable cause to believe that the TARGET VEHICLE's EDR (the "**TARGET DEVICE**") contains evidence of Involuntary Manslaughter in Indian Country, in violation of 18 U.S.C. §§ 1112 and 1153.

## PROBABLE CAUSE

9. On October 19, 2025, at approximately 8:06 p.m., a fatal vehicle collision occurred on U.S. Highway 77 near Ullman Road in Love County, Oklahoma, which lies within the boundaries of the Chickasaw Nation Reservation and in the Eastern District of Oklahoma. At that location, U.S. Highway 77 consists of two lanes: one northbound and one southbound.

10. The Freightliner and Shelton were traveling north on U.S. Highway 77 while the TARGET VEHICLE was traveling southbound on U.S. Highway 77. Shelton attempted to pass the Freightliner by driving uphill into the oncoming lane of travel in a passing zone, entering the path of the TARGET VEHICLE in violation of 47 O.S. § 11-305. The TARGET VEHICLE attempted to avoid a collision by steering to the right. Shelton's front driver's side struck the front driver's side of the TARGET VEHICLE. Shelton then diverted to the right after the collision and struck the Freightliner behind its driver's side door.

11. Emergency personnel arrived at the scene and pronounced the driver of the TARGET VEHICLE, S.F., deceased. Shelton. was transported to Mercy Hospital in Ardmore, Oklahoma. The driver of the Freightliner, E.K., refused medical attention. The Chevrolet and TARGET VEHICLE were both transported to McGehee Wrecker Service located at 6476 State Highway 32, Marietta, Oklahoma 73448, which is within the boundaries of the Chickasaw Nation Reservation and in the Eastern District of Oklahoma.

12. On October 27, 2025, federal search warrant 29-MJ-394-DES, issued in the United States District Court for the Eastern District of Oklahoma, authorized a search of the TARGET

VEHICLE. On October 29, 2025, the search was executed at McGehee Wrecker Service, where evidence was retrieved from the TARGET VEHICLE; however, law enforcement officers were unable to retrieve data from the **TARGET DEVICE** due to the TARGET VEHICLE's age, which was not supported by the Bosch CDR software used to image EDRs. As a result, the **TARGET DEVICE** was seized as evidence, sealed, and transported to the Oklahoma Highway Patrol Traffic Homicide Unit Office located at 3600 North Martin Luther King Boulevard, Oklahoma City, Oklahoma, within the Western District of Oklahoma, where it has remained in secure storage.

## EVENT DATA RECORDERS

13. From my training and experience, I am aware that motor vehicles contain EDRs capable of recording crash data. These data recorders may be mounted on the engine in certain motor vehicles and are called Engine Control Modules. When EDRs are mounted inside the vehicles, they are called Airbag Control Modules. Further, I am aware that 49 C.F.R. Part 563 requires each vehicle equipped with an EDR to collect certain collision data to include data concerning speed, status of brake lights, and percent of throttle, along with a variety of other data.

14. I know that trained law enforcement officers can image/copy the data inside these modules and interpret and apply the data once imaged for crash reconstruction. In some cases, the equipment utilized may communicate with the modules without removing the modules from the vehicle. However, certain collisions may destroy the vehicle to the extent the module must be removed and communicated with in a method known as Direct to Module.

15. From my training and experience, I know that various devices contained in vehicles may contain pre-trip travel patterns leading up to a collision. Cellular devices, global positioning system devices, fleet management systems, and many other electronic devices can record travel patterns, speeds, and possible distracting occurrences of the operator. These devices, and the data

contained inside, are useful to collision investigators in determining pre-trip events and locations where the vehicle may have stopped before the collision and any distractions that could have contributed to the collision.

16. I know that the Oklahoma Highway Patrol employs troopers trained in collision reconstruction who are knowledgeable in using certain pieces of evidence, such as photographs and measurements, and mathematical formulas to help recreate the collision. Specifically, crash reconstructionists can use diagrams, mathematical formulas, photographs, and information obtained from a post-collision inspection to determine speed, time, distance, change of velocity, principal direction of force, and occupant kinematics involved in collisions.

17. Therefore, given the facts set forth above, I am requesting a warrant be issued authorizing the search of the property described in Attachment A and the seizure of the property described in Attachment B.

## CONCLUSION

27. Based on the forgoing, I request that the Court issue the proposed search warrant.

Respectfully submitted,

Robert Chowthi
Special Agent
Federal Bureau of Investigation

Sworn to on NOVEMBER 24, 2025

United States Magistrate Judge

## ATTACHMENT A

### *Property to Be Searched*

The device to be searched is the event data recorder (EDR) seized from a black 2012 Nissan Altima, bearing Oklahoma license plate LPM051 and Vehicle Identification number 1N4AL2AP5CN402547, that is being stored at the Oklahoma Highway Patrol Traffic Homicide Unit Office located at 3600 North Martin Luther King Boulevard, Oklahoma City, Oklahoma, within the Western District of Oklahoma.

## ATTACHMENT B

*Particular Things to be Searched*

All evidence located within the event data recorder described in Attachment A, which relates to a violation 18 U.S.C. §§ 1112 and 1153 (Involuntary Manslaughter in Indian Country), to include but not limited to:

1. Event Data Recorder(s), which may be contained within the and Air Bag Control Module(s), capable of storing data related to a traffic crash.

2. Digital media, data, and/or information contained on the Event Data Recorder(s) that could reveal roadways traveled before the collision, speeds, and driving activities of the operator to include the use of electronic devices while the vehicle is moving.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.